IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

        Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT
and DARRYL L. CHRISTENSEN,

        Defendants.

and

M.J.J.,

        Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT
and DARRYL L. CHRISTENSEN,

        Defendants.

ORDER

15-cv-428-wmc

15-cv-433-wmc

---

    Before the court are unopposed motions to intervene by Wisconsin County Mutual Insurance Corporation ("WCMIC"), which seeks to litigate insurance coverage issues in the two above-captioned cases related to the public entity liability policies it issued to defendant Polk County. ('428 dkt. #11; '433 dkt. #11.) The motions are unopposed; neither plaintiffs nor defendants filed any response to the motions. For the reasons previously provided by the court in *Richardson v. Helgerson*, No. 15-cv-141-wmc, slip op. at *2-5 (W.D. Wis. May 26, 2015) (dkt. #14), WCMIC may intervene as of right under Federal Rule of Civil Procedure 24(a). Accordingly, the court will grant the motion but also cautions WCMIC, as it did previously, that unlike Wisconsin state courts, this court does not generally grant requests to bifurcate trial on the issues of coverage and liability, nor does it

generally stay liability issues until coverage is determined. Accordingly, WCMIC is encouraged to move promptly on any issues of coverage that may be decided as a matter of law. In return, the court will endeavor to render a decision promptly on that motion.

Accordingly,

IT IS ORDERED that Wisconsin County Mutual Insurance Corporation's unopposed motions to intervene ('428 dkt. #11; '433 dkt. #11) are GRANTED.

Entered this 3rd day of November, 2015.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge