UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

M.J.J.,

  Plaintiff,

 v.

POLK COUNTY SHERIFF'S
DEPARTMENT, DARRYL L.
CHRISTENSEN,

  Defendants,

 and

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION,

  Intervenor.

Case No. 15-C-433

---

### POLK COUNTY SHERIFF'S DEPARTMENT'S
### MOTION FOR SUMMARY JUDGMENT

---

  Defendant, Polk County Sheriff's Department, ("Polk County"), moves for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure on the grounds that it is entitled to judgment as a matter of law based on the material, undisputed facts of record. The grounds for this motion are set forth in the Brief in Support of Defendant Polk County Sheriff's Department's Motion for Summary Judgment, Defendant Polk County Sheriff's Department's Proposed Findings of Fact, and the Declaration of Scott Nargis, all of which are filed contemporaneously herewith.

WHD/12832418.1

Dated this 1st day of July, 2016.

          s/ *Paul D. Cranley*
Charles H. Bohl
Paul D. Cranley
Kurt M. Simatic

WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: 414-273-2100
Fax: 414-223-5000
Email: cbohl@whdlaw.com

33 East Main Street, Suite 300
Madison, WI 53701-1379
Telephone: 608-255-4440
Fax: 608-258-7138
pcranley@whdlaw.com

20800 Swenson Drive, Suite 300
Waukesha, Wisconsin 53186
Telephone: 262-956-6200
Fax: 262-956-6210
Email: ksimatic@whdlaw.com

Attorneys for Polk County Sheriff's Department