IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

M.J.J.,

    Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT
AND DARRYL L. CHRISTENSEN,

    Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE
CORPORATION,

    Intervenor.

Civil Action No. 15-cv-433-wmc

## STIPULATION AND ORDER AMENDING COMPLAINT

IT IS HEREBY stipulated by and between the parties through their counsel, that the Plaintiff's Second Amended Complaint shall be amended as follows:

    Defendant Polk County Sheriff's Department will be removed as a party and substituted in their place shall be Defendant Polk County.

    The case caption will be updated to reflect this change.

Date: 7/22/16

s/Lida Bannink
Lida M. Bannink
State Bar No. 1088518
ECKBERG LAMMERS, P.C.
Attorneys for Plaintiff, MJJ

Date: 7/21/16

Charles H. Bohl
State Bar No. 1000239
WHYTE HIRSCHBOECK DUDEK, SC
Attorneys for Defendant Polk County
Sheriff's Department and now Polk County

Date: 07/21/16                                                  Date: _____

*Martin J. De Vries* (signature)
Martin J. De Vries
State Bar No. 1032279
SAGER & COLWIN LAW OFFICE SC
Attorneys for Defendant Christensen

Lori M. Lubinski
State Bar No. 1027575
AXLEY BRUNELSON, LLP
Attorneys for Wisconsin Co. Mutual Ins. Corp.

## ORDER

Upon the above stipulation of the parties, **IT IS HEREBY ORDERED** that the plaintiff's Second Amended Complaint be amended as follows:

   Defendant Polk County Sheriff's Department will be removed as a party and substituted in their place shall be Defendant Polk County.

   The case caption will be updated to reflect this change.

Dated:_____

BY THE COURT:

_____
Hon. William M. Conley
U.S. District Judge

Date: _____  Date: July 21, 2016

_____  _____
Martin J. De Vries  Lori M. Lubinski
State Bar No. 1032279  State Bar No. 1027575
SAGER & COLWIN LAW OFFICE SC  AXLEY BRUNELSON, LLP
Attorneys for Defendant Christensen  Attorneys for Wisconsin Co. Mutual Ins. Corp.

## ORDER

Upon the above stipulation of the parties, **IT IS HEREBY ORDERED** that the plaintiff's Second Amended Complaint be amended as follows:

> Defendant Polk County Sheriff's Department will be removed as a party and substituted in their place shall be Defendant Polk County.
>
> The case caption will be updated to reflect this change.

Dated:_____

BY THE COURT:

_____
Hon. William M. Conley
U.S. District Judge