IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J.K.J,

    Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT,
DARRYL L. CHRISTENSEN,                                             Case No. 15-cv-428

    Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

    Intervenor.

---

M.J.J,

    Plaintiff,

v.

POLK COUNTY SHERIFF'S DEPARTMENT,
DARRYL L. CHRISTENSEN,                                             Case No. 15-cv-433

    Defendants
  and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

    Intervenor.

---

**INTERVENING DEFENDANT'S MOTION FOR
PARTIAL FINAL JUDGMENT UNDER RULE 54(b)**

    NOW COMES the Intervening Defendant, Wisconsin County Mutual Insurance Corporation, by its undersigned attorneys and, pursuant to Fed. R. Civ. P. 54(b), moves the Court to enter partial final judgment in favor of Intervening Defendant for purposes of appeal of the Court's Order Granting Summary Judgment and Issuing Declaratory Judgment in Favor of

Wisconsin County Mutual Insurance Corporation, and to certify that there is no just reason for delay of entry of such judgment.

This Motion is supported by the accompanying Brief and the documents on file with the Court.

Dated this 1st day of December, 2016.

        *s/ Lori M. Lubinsky*
        Lori M. Lubinsky, State Bar #1027575
        Attorney for Intervening Defendant
          Wisconsin County Mutual Ins. Corporation
        AXLEY BRYNELSON, LLP
        Post Office Box 1767
        Madison, WI  53701-1767
        Telephone:  (608) 257-5661
        Fax:  (608) 257-5444
        E-mail:   llubinsky@axley.com