UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

M.J.J.,

        Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants,

   and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

        Intervenor.

Case No. 15-CV-433

---

J.K.J.,

        Plaintiff,

vs.

POLK COUNTY and DARRYL L. CHRISTENSEN,

        Defendants,

   and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

        Intervenor.

Case No. 15-CV-428

---

**DECLARATION OF PAUL D. CRANLEY
REGARDING UNPUBLISHED AUTHORITIES**

---

I, Paul D. Cranley, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am an adult resident of the State of Wisconsin and an attorney with the law firm of Husch Blackwell, LLP with an address of 33 East Main Street, Suite 300, Madison, Wisconsin, 53701.

2. I am one of the attorneys for Polk County in the above-captioned matter. I make this declaration in support of the Polk County's Response to Plaintiffs' Motion For Leave to Re-Open Discovery, to Supplement Summary Judgment Response To Polk County, For Leave to Investigate Amendment Of Pleadings, For Continuing Trial Date, Motion To Compel and Sanctions Against Polk County.

3. Attached hereto as **Exhibit A** is a true and correct copy of *Doe v. Cnty. of Milwaukee*, Case No. 14-CV-200-JPS (E.D. Wis. Dec. 1, 2016).

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of December, 2016.

    s/ *Paul D. Cranley*
Charles H. Bohl
Paul D. Cranley
Kurt M. Simatic

HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: 414-273-2100
Fax: 414-223-5000
Email: Charles.Bohl@huschblackwell.com

33 East Main Street, Suite 300
Madison, WI 53701-1379
Telephone: 608-255-4440
Fax: 608-258-7138
Email: paul.cranley@huschblackwell.com

                       20800 Swenson Drive, Suite 300
                       Waukesha, Wisconsin 53186
                       Telephone: 262-956-6200
                       Fax: 262-956-6210
                       Email: kurt.simatic@huschblackwell.com

                       Attorneys for Polk County

13318875.1

Case: 3:15-cv-00433-wmc Document #: 125 Filed: 12/07/16 Page 3 of 3