IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J.K.J.,

      Plaintiff,                                       Civil Action No. 15-cv-428-wmc

v.

POLK COUNTY AND
DARRYL L. CHRISTENSEN,

      Defendants,

and

WISCONSIN COUNTY MUTUAL INSURANCE
CORPORATION,

      Intervenor.

## STIPULATION FOR PROTECTIVE ORDER

      Defendant Polk County served Requests for Production of Documents upon Plaintiff J.K.J. dated December 2, 2015 which requested, amongst other things, "all journals, diaries, logs, or notes which you have prepared which discuss the incidents alleged in your complaint."

      Plaintiff J.K.J. Responded stating that "… Plaintiff has kept several journals that may discuss the incidents described in the Complaint, as well as other personal information."

      After review of the journals, Plaintiff produced those entries which they deemed responsive to the request and indicated that Defendant Polk County could review the remainder of the journals at Counsel's office but further release of such journals would not occur without a Protective Order due to the highly personal nature.

      In a good faith attempt to resolve this discovery dispute, Plaintiff, J.K.J., and Defendant Polk County agree to the entry of the accompanying Protective Order attached hereto without further notice. In accordance with Fed. R. Civ. P. 26(c)(1), the parties move the Court to adopt and enter the same.

      Respectfully submitted this   12   day of January, 2017.

/s/ Lida M. Bannink
Lida M. Bannink
Thomas J. Weidner

ECKBERG LAMMERS, P.C.
430 Second Street
Hudson, WI 54016
Telephone: 715-386-3733
Fax: 715-386-6456
lbannink@eckberglammers.com
tweidner@eckberglammers.com

Attorneys for Plaintiff, J.K.J.

/s/ Charles H. Bohl
Charles H. Bohl
Paul D. Cranley
Kurt M. Simatic

HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-2100
Telephone: 414-273-2100
Fax: 414-223-5000
charles.bohl@huschblackwell.com

33 East Main Street, Suite 300
Madison, WI 53701-1379
Telephone: 608-255-4440
Fax: 608-258-7138
paul.cranley@huschblackwell.com

20800 Swenson Drive, Suite 300
Waukesha, WI 53186
Telephone: 262-956-6200
Fax: 262-956-6210
kurt.simatic@huschblackwell.com

Attorneys for Polk County