UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

J.K.J.,

       Plaintiff,

v.

POLK COUNTY and DARRYL L. CHRISTENSEN,

       Defendants,

  and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

       Intervenor.

Case No. 15-CV-428

---

M.J.J.,

       Plaintiff,

vs.

POLK COUNTY and DARRYL L. CHRISTENSEN,

       Defendants,

  and

WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,

       Intervenor.

Case No. 15-CV-433

---

## JANUARY 17, 2017 DECLARATION OF PAUL D. CRANLEY

I, Paul D. Cranley, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am an adult resident of the State of Wisconsin and an attorney with the law firm of Husch Blackwell, LLP with an address of 33 East Main Street, Suite 300, Madison, Wisconsin, 53701.

2. I am one of the attorneys for Polk County in the above-captioned matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of the curriculum vitae of Kenneth Ian Robbins, M.D., M.P.H.

4. Attached hereto as **Exhibit B** is a true and correct copy of the expert report of Kenneth I. Robbins, M.D., dated August 16, 2016.

5. Attached hereto as **Exhibit C** is a true and correct copy of the letter from Sergeant Steve Schaefer to Judge Harrington dated July 16, 2015 and bates numbered MJJ/JKJ DOCS 001843.

6. Attached hereto as **Exhibit D** is a true and correct copy of letters from. Michael J. Spierer to Kenneth I. Robbins, dated July 14, 2016.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of January, 2017.

s/ *Paul D. Cranley*
Paul D. Cranley

HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53701-1379
Telephone: 608-255-4440
Fax: 608-258-7138
Email: paul.cranley@huschblackwell.com