# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF | | |
|---|---|---|
| COURT _____ | | |
| (Indicate plaintiff or defendant) | | |

J.K.J. and M.J.J. _____

V.          Case No. 15-cv-428 & 433 -wmc _____

Polk County and Darryl Christensen _____

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 2/1/17 | 1 | | Judge Response to Oral Jury Questions | |
| 2/1/17 | 2 | | Jury Questions; Judge Response on the Record | |
| 2/2/17 | 3 | | Jury Note | |
| 2/3/17 | 4 | | Jury Note | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |