

www.eckberglammers.com

**Writer's Direct Dial:**
**(651) 351-2116**

**Writer's E-mail:**
**lbannink@eckberglammers.com**

**Reply to Hudson**

March 19, 2018

Clerk of Court
United States District Court
Western District of Wisconsin
120 North Henry Street, #320
Madison, WI  53703

Re:     **United States District Court for the Western District of Wisconsin:**
            *J.K.J. v. Polk County Sheriff's Department, et. al*
            *M.J.J. v. Polk County Sheriff's Department, et. al*
            Court File Nos. 15-cv-428-wmc and 15-cv-433-wmc
        **United States Court of Appeals for the Seventh Circuit:**
            *J.K.J., et al. v. Polk County, et. al*
            Court File Nos. 18-1498 and No. 18-1499

Dear Clerk of Court:

Pursuant to the Circuit Court Rule 10 of the United States Court of Appeals for the Seventh Circuit which indicates that certain documents will not be included in the record unless specifically requested by a party, Plaintiffs hereby request the items listed on the attached Exhibit A and B to be included in the Record for appeal. The items listed on Exhibits A and B arguably fall within one of the categories of excluded documents. It is Plaintiffs' intent that the every item listed on the dockets of both files are included as part of the Record.

If you have any questions please do not hesitate to reach out for additional clarification.

Sincerely,

Lida M. Bannink

Enclosures
c:      Charles H. Bohl
        Paul D. Cranley
        Sara C. Mills

**Stillwater Office**
1809 Northwestern Avenue
Stillwater, MN 55082
Phone: 651-439-2878
Fax: 651-439-2923

**Hudson Office**
430 Second Street
Hudson, WI 54016
Phone: 715-386-3733
Fax: 715-386-6456